**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 10, 2020

*By ECF*

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Bennett Sprecher*, 19 Cr. 749 (JPO)

Dear Judge Oetken**:**

    I write on consent (Assistant U.S. Attorney Samuel Rothschild) to respectfully request that the Court adjourn the conference currently scheduled for January 17, 2020, at 11:15 a.m., for a period of around 90 days. The purpose of the adjournment is to provide additional time for our office to submit a mitigation submission to the government in connection with its charging decision in this case.

    If the Court grants the adjournment, I further request that time be excluded under the Speedy Trial Act between now and the next court date.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

> Granted. The pretrial conference in this matter is hereby adjourned to April 17, 2020, at 11:00 am. Time is excluded through April 17, 2020, under the Speedy Trial Act, the Court finding that the ends of justice outweigh the interests of the public and the Defendant in a speedy trial.
> So ordered.
> Dated: January 10, 2020

J. PAUL OETKEN
United States District Judge