**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 9, 2020

*By ECF and e-mail*

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Bennett Sprecher*, 19 Cr. 749 (JPO)

Dear Judge Oetken**:**

    I write on consent (Assistant U.S. Attorney Samuel Rothschild) to respectfully request that the Court adjourn the conference currently scheduled for April 17, 2020, at 11:00 a.m., for a period of around 60 days. The COVID-19 pandemic has interrupted the flow of work in our office on behalf of non-incarcerated clients, and I am still working on my mitigation submission to the government.

    If the Court grants the adjournment, I further request that time be excluded under the Speedy Trial Act between now and the next court date.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

> Granted. The pretrial conference is hereby adjourned to June 17, 2020, at 11:00 am.
> Time is excluded through June 17, 2020, under the Speedy Trial Act, 18 U.S.C § 3161(h)(7)(A), the Court finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered: 4/10/20

J. PAUL OETKEN
United States District Judge