# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 3, 2020

*By ECF and e-mail*

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Bennett Sprecher*, 19 Cr. 749 (JPO)

Dear Judge Oetken:

    I write on consent (Assistant U.S. Attorney Samuel Rothschild) to respectfully request that the Court adjourn the conference currently scheduled for June 17, 2020, at 11:00 a.m., for a period of 60 days. I am in the process of completing a mitigation submission, and the adjournment will allow for its completion and the government's review.

    If the Court grants the adjournment, I further request that time be excluded under the Speedy Trial Act between now and the next court date.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

---

Granted.
The June 17, 2020 pretrial conference is hereby adjourned to August 19, 2020 at 12:30 P.M. Time is excluded through August 19, 2020, under the Speedy Trial Act, 18 U.S.C § 3161(h)(7)(A), the Court finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
  So ordered.
  June 5, 2020

---

J. PAUL OETKEN
United States District Judge