**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 2, 2020

*By ECF and e-mail*

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Bennett Sprecher*, 19 Cr. 749 (JPO)

Dear Judge Oetken**:**

    I write on consent of Pretrial Services (Officer Lea Harmon) to respectfully request that the Court expand Mr. Sprecher's travel conditions to include the District of New Jersey. (Mr. Sprecher is currently restricted to the Southern and Eastern Districts of New York and the District of Connecticut.) Mr. Sprecher is in the process of moving, and would like to look for potential apartments in New Jersey. The Government, per Assistant U.S. Attorney Samuel Rothschild, defers to Pretrial in connection with this request.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

cc:   Samuel Rothschild, Esq., by ECF and e-mail
      Lea Harmon, U.S. Pretrial Services, by e-mail

Granted.
So ordered.
 July 2, 2020

J. PAUL OETKEN
United States District Judge