**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 18, 2020

*By ECF and e-mail*

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Bennett Sprecher*, 19 Cr. 749 (JPO)

Dear Judge Oetken**:**

I write on consent (Assistant U.S. Attorney Samuel Rothschild) to respectfully request that the Court adjourn the conference currently scheduled for August 19, 2020, for a period of around 30 days. The Government is in the process of considering Mr. Sprecher's mitigation submission.

If the Court grants the adjournment, I further request that time be excluded under the Speedy Trial Act between now and the next court date.

Granted. The August 19, 2020 pretrial conference is hereby adjourned to September 21, 2020, at 11:00 a.m. Time is excluded through September 21, 2020, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), the Court finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
  So ordered.
  August 18, 2020

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

_____
J. PAUL OETKEN
United States District Judge