**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 21, 2020

*By ECF*

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Bennett Sprecher*, 19 Cr. 749 (JPO)

Dear Judge Oetken**:**

I write on consent (Assistant U.S. Attorney Samuel Rothschild) to respectfully request that the Court adjourn the change-of-plea proceeding currently scheduled for September 23, 2020, at 2:30 p.m. for a period of around 30 days. Mr. Sprecher is experiencing symptoms consistent with COVID-19, and thus will not be allowed into the courthouse at this time.

If the Court grants the adjournment, I further request that time be excluded under the Speedy Trial Act between now and the next court date.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Granted.
The change of plea hearing is hereby adjourned to October 30, 2020, at 11:00 a.m.  The Court hereby excludes time through October 30, 2020, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
  So ordered.
  September 22, 2020

J. PAUL OETKEN
United States District Judge