# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 21, 2021

*By ECF and e-mail*

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *United States v. Bennett Sprecher*, 19 Cr. 749 (JPO)

Dear Judge Oetken:

I write on consent (Pretrial Services Officer Lea Harmon) to respectfully request that the Court modify Mr. Sprecher's release conditions by allowing him to travel to Oberlin, Ohio on January 25, 2021, returning on January 27, 2021. The Government, per Assistant U.S. Attorney Samuel Rothschild, defers to Pretrial in connection with this request.

Mr. Sprecher's son, who is a sophomore at Oberlin, is moving back to Ohio next week for the spring semester, and Mr. Sprecher would like to drive his son – and a trailer worth of his son's stuff – to Oberlin. Mr. Sprecher has been on pre-trial release since his arrest in August 2019, and has been wholly compliant with all the conditions of his release.

Respectfully submitted,

/s/

Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

cc:     Samuel Rothschild, Esq., by e-mail
        Lea Harmon, U.S. Pretrial Services, by e-mail

Granted.
So ordered:
 1/21/2021

J. PAUL OETKEN
United States District Judge