**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 28, 2022

*By ECF and e-mail*

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Bennett Sprecher*, 19 Cr. 749 (JPO)

Dear Judge Oetken**:**

    I write to respectfully request that the Court allow Mr. Sprecher to use an internet-enabled cell phone, as well as an internet-enabled computer. Both the Probation Office and the Government – per Assistant U.S. Attorney Samuel Rothschild – take no position on this request.

    I made a similar request in November 2021. *See* Dkt. No. 36. At the time, the Probation Office took the position that it could monitor only one device, and therefore Mr. Sprecher had to choose between a computer and a cell-phone, even if there was no such limitation in the Judgment. Accordingly, the Probation Office and the Government opposed the earlier request, and the Court denied it. *See* Dkt. No. 38. The Probation Office's position however, has changed: it now has the technical ability to monitor more than one device.

    In March 2021, the Court sentenced Mr. Sprecher to a five-year term of probation for his possession of child pornography. Mr. Sprecher has been wholly compliant with all the conditions of probation since that time. Given his compliance, and the fact that the Probation Office can now monitor more than one device, I respectfully request that the Court allow Mr. Sprecher to use an internet-enabled telephone in addition to his home computer

    Please let me know if the Court has additional questions or needs additional information. Thank you for your consideration of this request.

Granted.
So ordered.
9/28/2022

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

_____
J. PAUL OETKEN
United States District Judge

Honorable J. Paul Oetken                                                                                                              Page 2
September 28, 2022

Re:     *United States v. Bennett Sprecher*, 19 Cr. 749 (JPO)

cc:     Samuel Rothschild, Esq., by ECF and e-mail
        Probation Officer Erika Arnone, by e-mail