UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>BENNETT SPRECHER,<br>                      Defendant. | 19-CR-749 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

    Defendant has filed a motion for early termination of his five-year term of probation. Under 18 U.S.C. § 3564(c), "[t]he court, after considering the factors set forth in [18 U.S.C.] section 3553(a) to the extent that they are applicable, may . . . terminate a term of probation . . . after the expiration of one year of probation . . . if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice."

    Defendant has served 34 months on probation with strict conditions, following 19 months on pretrial release. The Court has reviewed the parties' submissions (*see* ECF Nos. 43-45) and has carefully considered Defendant's exemplary record on pretrial supervision and probation, his history of treatment, his age and family circumstances, and all of the factors set forth in section 3553(a). While mindful that early termination "is not warranted as a matter of course," *United States v. Rusin*, 105 F. Supp. 3d 291, 292 (S.D.N.Y. 2015), the Court is satisfied that termination of probation after three years in this case is "warranted by the conduct of the defendant and the interest of justice."

    Accordingly, Defendant's motion for early termination of probation is granted in part. Defendant's term of probation shall be terminated effective March 18, 2024.

    SO ORDERED.

Dated: January 11, 2024
       New York, New York

                                                          J. PAUL OETKEN
                                             United States District Judge